# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HealthSouth Corporation and HealthSouth Plano Rehabilitation Hospital LLC, <br><br> Defendant. | CIVIL ACTION NO. 6:16-cv-402 <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby dismisses all claims in this action WITHOUT PREJUDICE with each party to bear its own costs, expenses and attorney's fees.

**SIGNED this 24th day of May, 2016.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE